Seen

#01-17028
Lundy Enterprises

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

583
1-2 / 210

WILBUR J. "BILL" BABIN, JR.

VOID AFTER 90 DAYS

Regarding  TID # 380381

LUNDY ENTERPRISES LLC, DISTRIBUTION ACCOUNT (01-17028 EWM)
312982142366

Date 08/28/2007

UNCLAIMED FUNDS

$ *******1,350.42

~~~One Thousand Three Hundred Fifty Dollars and 42/100

Pay to the Order of
CLERK, U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B-601
NEW ORLEANS LA 70130-3386

Wilbur J. Babin, Jr., Disbursement Agent

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈"000000583"⑈ ⑈:021000021⑈:312982142366"⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 222709    - KW
* * C O P Y * *
September 07, 2007
       11:15:02

TREASURY REGFUND
     01-17028
or.: LUNDY ENTERPRISES, L.L.C.
 t.:            $1,350.42 CH
 #.: 583


tal-> $1,350.42


BABIN

$ 1350 ⁴²⁄
Deposited 9/7/07
to Treasury 6047BK
for attached list
of 20 creditors.

# BABIN DISTRIBUTION AGENT SERVICES, LLC
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

August 28, 2007

Clerk, United States Bankruptcy
Eastern District of Louisiana
500 Poydras Street, Room B-601
New Orleans, LA 70130-3386
Attention: Mrs. Betty Smith

**In re: LUNDY ENTERPRISES, LLC**
**USBC NO. 01-17028, SECTION A, IN BANKRUPTCY**

Dear Ms. Smith:

Enclosed herewith please find check #583 in the amount of $1,350.42 representing funds disbursed to the following creditors pursuant to Trustee's Fourth Distribution of Funds:

| | |
|---|---|
| Accounting Personnel Consultants<br>210 Baronne Street<br>Suite 920<br>New Orleans, LA 70112<br>Claim #2 | $104.92 |
| A K Enterprises<br>P.O. Box 1528<br>Draper, UT 84020<br>Claim #4 | $11.42 |
| Attn Hal McMenamin Val Pak of New Orleans<br>3800 Kingman Street<br>Suite 100<br>Metairie, LA 70006<br>Claim #5 | $75.01 |
| Brann Forbes<br>The Forbes Group<br>5151 Belt Line Suite 1100<br>Dallas, TX 75240<br>Claim #10 | $230.09 |

| | |
|---|---|
| Baker Distributing Co.<br>7892 Baymeadows Way<br>Jacksonville, FL 32256<br>Claim #19 | $6.95 |
| Attn: Bobby Payne<br>BM Payne Lawn Services<br>5000 North Tonti Street<br>New Orleans, LA 70117<br>Claim #34 | $377.86 |
| Reel Printing, Inc.<br>204 West Harrison Avenue<br>New Orleans, LA 70124<br>Claim #47 | $11.21 |
| Associates Capital Bank<br>DBA: Office Depot Credit Plan<br>P.O. Box 7004<br>Sioux Falls, SD 57117<br>Claim #50 | $14.45 |
| Market Facts<br>3040 West Salt Creek Lane<br>Arlington Heights, IL 60005<br>Claim #57 | $104.40 |
| Quick Service of Louisiana, Inc.<br>2505 Pelitere Dr.<br>Chalmette, LA 70043<br>Claim #63 | $7.47 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #66 | $7.43 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #68 | $4.52 |

| | |
|---|---|
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #69 | $1.02 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #70 | $3.65 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #71 | $4.53 |
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Eillott Ave<br>Suite 200<br>Seattle, WA 98121<br>Claim #104 | $12.81 |
| Jeremy Nash, Latoya Saunders, & Markell Morris<br>c/o Edselle K. Cunningham, Attorney<br>2038 Plank Road<br>Baton Rouge, LA 70802<br>Claim #130 | $48.69 |
| Sarah Shaikewitz<br>P.O. Box 996<br>Frisco, TX 75034<br>Claim #140 | $5.34 |
| City of Kenner<br>Property Tax Bureau<br>1801 Williams Boulevard<br>Kenner, LA 70062<br>Claim #179 | $2.29 |
| Promark, Inc.<br>Attn: Michelle Muecler<br>410 Aaron Street<br>Cotati, CA 94931<br>Claim #181 | $316.36 |

| | |
|---|---|
| **Total:** | $1,350.42 |

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

        Very truly yours,

        WILBUR J. "BILL" BABIN, JR.
        DISBURSEMENT AGENT

WJBjr/ld
Enclosure