#01-17028
Lundy Enterprise

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

VOID AFTER 90 DAYS

678
1-2/210

TID #380381
WILBUR J. "BILL" BABIN, JR.

| Case | Debtor |
|---|---|
| 01-17028 EWM | LUNDY ENTERPRISES LLC |
| 312982142366 | DISTRIBUTION ACCOUNT |
| UNCLAIMED FUNDS | |

Date 06/03/2008    $ *******3,049.76

~~~Three Thousand Forty-Nine Dollars and 76/100

Pay to the Order of: CLERK, UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B-601
NEW ORLEANS LA 70130-3386

WILBUR J. "BILL" BABIN, JR., Disbursement Agent

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆000000678⑆ ⑆021000021⑆ 312982142366⑆

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 224122    - RW
* * C O P Y * *
June 27, 2008
11:24:41

TREASURY REGFUND
01-17028
ibtor.: LUNDY ENTERPRISES, L.L.C.
iount.:              $3,049.76 CH
eck#.: 678

otal-> $3,049.76

M: BABIN

6/27/08
$3049.76
Deposited to
Treasury 6047BK
due 21
Creditors.

ls

**BABIN DISTRIBUTION AGENT SERVICES, LLC**
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

June 3, 2008

Clerk, United States Bankruptcy
Eastern District of Louisiana
500 Poydras Street, Room B-601
New Orleans, LA 70130-3386
Attention: Mrs. Betty Smith

**In re: LUNDY ENTERPRISES, LLC**
**USBC NO. 01-17028, SECTION A, IN BANKRUPTCY**

Dear Ms. Smith:

Enclosed herewith please find check #678 in the amount of $3,049.76 representing funds disbursed to the following creditors pursuant to Trustee's Sixth Distribution of Funds:

| | |
|---|---|
| Accounting Personnel Consultants<br>210 Baronne Street<br>Suite 920<br>New Orleans, LA 70112<br>Claim #2 | $104.93 |
| A K Enterprises<br>P.O. Box 1528<br>Draper, UT 84020<br>Claim #4 | $11.41 |
| Attn Hal McMenamin Val Pak of New Orleans<br>3800 Kingman Street<br>Suite 100<br>Metairie, LA 70006<br>Claim #5 | $75.01 |
| Brann Forbes<br>The Forbes Group<br>5151 Belt Line Suite 1100<br>Dallas, TX 75240<br>Claim #10 | $230.11 |
| Baker Distributing Co.<br>7892 Baymeadows Way<br>Jacksonville, FL 32256<br>Claim #19 | $6.94 |

| | |
|---|---|
| Fleurs de Lisa<br>Extraordinary Floral Design<br>1315 Nappoleon Avenue<br>New Orleans, LA 70115<br>Claim #27 | $4.20 |
| Attn: Bobby Payne<br>BM Payne Lawn Services<br>5000 North Tonti Street<br>New Orleans, LA 70117<br>Claim #34 | $377.91 |
| Attn: PWS 2103072 Dept. Of Health Hospitals<br>Environmental Health Service Division<br>6867 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>Claim #40 | $1.34 |
| Reel Printing, Inc.<br>204 West Harrison Avenue<br>New Orleans, LA 70124<br>Claim #47 | $11.21 |
| Associates Capital Bank<br>DBA: Office Depot Credit Plan<br>P.O. Box 7004<br>Sioux Falls, SD 57117<br>Claim #50 | $14.46 |
| Market Facts<br>3040 West Salt Creek Lane<br>Arlington Heights, IL 60005<br>Claim #57 | $104.42 |
| NCR Corporation<br>f/k/a AT&T/GIS<br>P.O. Box 365<br>Dayton, OH 45409<br>Claim #58 | $1,584.38 |
| 121 Creative Group<br>220 West Douglas<br>Suite 20<br>Wichita, KS 67202<br>Claim #60 | $62.74 |

| | |
|---|---|
| Quick Service of Louisiana, Inc.<br>2505 Pelitere Dr.<br>Chalmette, LA 70043<br>Claim #63 | $7.47 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #66 | $7.44 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #68 | $4.51 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #69 | $1.02 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #70 | $3.65 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #71 | $4.54 |
| Amtech Lighting Services<br>8101 Pinemont<br>Houston, TX 77040<br>Claim #101 | $10.13 |
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Eillott Ave<br>Suite 200<br>Seattle, WA 98121<br>Claim #104 | $12.81 |
| Jeremy Nash, Latoya Saunders, & Markell Morris<br>c/o Edselle K. Cunningham, Attorney<br>2038 Plank Road<br>Baton Rouge, LA 70802 | $48.70 |

handwritten annotation: 21.16

       Claim #130

       Sarah Shaikewitz                                              $5.33
       P.O. Box 996
       Frisco, TX 75034
       Claim #140

       Promark, Inc.                                              $316.40
       Attn: Michelle Muecler
       410 Aaron Street
       Cotati, CA 94931
       Claim #181

       St. John the Baptist                                 $16.78
       Parish Tax Collector
       P.O. Box 1600
       LaPlace, LA 70069-1600
       Claim #235

       St. John the Baptist                                 $21.92
       Parish Tax Collector
       P.O. Box 1600
       LaPlace, LA 70069-1600
       Claim #236

[Handwritten annotation: 38.70]

       **Total:**                                                       $3,049.76

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                                              Very truly yours,

                                              WILBUR J. "BILL" BABIN, JR.
                                              DISBURSEMENT AGENT

WJBjr/ld
Enclosure