IN RE: LUNDY ENTERPRISES, LLC       CASE NO. 01-17028 "A"

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

771
1-2/210
2
11799

TID #380381
WILBUR J. "BILL" BABIN, JR.

| Case | Debtor |
|---|---|
| 01-17028 EWM | LUNDY ENTERPRISES LLC |
| 312982142366 | DISTRIBUTION ACCOUNT |
| UNCLAIMED FUNDS | |

Date  10/18/2009     $ *******8,625.42

~~~Eight Thousand Six Hundred Twenty-Five Dollars and 42/100

Pay to the Order of:
CLERK, U. S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B-601
NEW ORLEANS LA 70130-3386

WILBUR J. "BILL" BABIN, JR., Disbursement Agent

⑈000000771⑈ ⑆021000021⑆ 312982142366⑈

---

10/20/09
DEPOSITED TO TREASURY
UNCLAIMED.

DUE: SEE ATTACHED LIST

---

**UNITED STATES**
**BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226356   -- KW
* * C O P Y * *
October 20, 2009
15:43:24

TREASURY REGFUND
01-17028

Debtor.: LUNDY ENTERPRISES, L.L.C.
Amount.:          $8,625.42 CH
Check#.: 771

Total-> $8,625.42

FROM: BABIN

WILBUR J. "BILL" BABIN, JR.
Trustee in Bankruptcy
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

October 19, 2009

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: LUNDY ENTERPRISES, LLC
USBC NO. 01-17028, Sec. A

Dear Ms. Smith:

Enclosed herewith please find check #771 in the amount of $8,625.42 representing funds disbursed to the following creditors pursuant to Trustee's seventh distribution of funds:

| | |
|---|---|
| Accounting Personnel Consultants<br>210 Baronne Street<br>Suite 920<br>New Orleans, LA 70112<br>Claim #2 | $316.28 |
| A K Enterprises<br>P.O. Box 1528<br>Draper, UT 84020<br>Claim #4 | $34.39 |
| Attn Hal McMenamin Val Pak of New Orleans<br>3800 Kingman Street<br>Suite 100<br>Metairie, LA 70006<br>Claim #5 | $226.08 |

| | |
|---|---:|
| Brann Forbes<br>The Forbes Group<br>5151 Belt Line Suite 1100<br>Dallas, TX 75240<br>Claim #10 | $693.54 |
| Baker Distributing Co.<br>7892 Baymeadows Way<br>Jacksonville, FL 32256<br>Claim #19 | $20.94 |
| Fleurs de Lisa<br>Extraordinary Floral Design<br>1315 Nappoleon Avenue<br>New Orleans, LA 70115<br>Claim #27 | $12.67 |
| Valassis Impact Printing<br>P.O. Box 71645<br>Chicago, IL 60694-1645<br>Claim #28 | $363.02 |
| The Sunshine Pages<br>913 South Burnside Avenue<br>Gonzales, LA 70737<br>Claim #38 | $141.61 |
| Attn: PWS 2103072 Dept. Of Health Hospitals<br>Environmental Health Service Division<br>6867 Bluebonnet Blvd.<br>Baton Rouge, LA 70810<br>Claim #40 | $4.03 |
| Reel Printing, Inc.<br>204 West Harrison Avenue<br>New Orleans, LA 70124<br>Claim #47 | $33.79 |

| | |
|---|---:|
| Associates Capital Bank<br>DBA: Office Depot Credit Plan<br>P.O. Box 7004<br>Sioux Falls, SD 57117<br>Claim #50 | $43.57 |
| Market Facts<br>3040 West Salt Creek Lane<br>Arlington Heights, IL 60005<br>Claim #57 | $314.72 |
| NCR Corporation<br>f/k/a AT&T/GIS<br>P.O. Box 365<br>Dayton, OH 45409<br>Claim #58 | $4,775.24 |
| 121Creative Group<br>220 West Douglas<br>Suite 20<br>Wichita, KS 67202<br>Claim #60 | $189.10 |
| Quick Service of Louisiana, Inc.<br>2505 Pelitere Dr.<br>Chalmette, LA 70043<br>Claim #63 | $22.51 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #66 | $22.41 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #68 | $13.62 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #69 | $3.05 |

| | |
|---|---|
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #70 | $11.00 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #71 | $13.67 |
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Eillott Ave<br>Suite 200<br>Seattle, WA 98121<br>Claim #104 | $38.60 |
| Cash Control Systems<br>700 Phosphor Ave Suite D<br>Metairie, LA 70005<br>Claim #123 | $2.44 |
| Jeremy Nash, Latoya Saunders, & Markell Morris<br>c/o Edselle K. Cunningham, Attorney<br>2038 Plank Road<br>Baton Rouge, LA 70802<br>Claim #130 | $146.76 |
| Sarah Shaikewitz<br>P.O. Box 996<br>Frisco, TX 75034<br>Claim #140 | $16.07 |
| Louisiana High School Athletic Association<br>Mitch Small<br>P.O. Box 90011<br>Baton Rouge, LA 70879<br>Claim #144 | $201.87 |
| Gulf State Airgas Inc<br>P O Box 19069<br>Mobile, AL 36619-0969<br>Claim #178 | $10.82 |

      Promark, Inc.                                                     $953.62
      Attn: Michelle Muecler
      410 Aaron Street
      Cotati, CA 94931
      Claim #181

**Total:**                                                               **$8,625.42**

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

                              Very truly yours,

                              WILBUR J. "BILL" BABIN, JR.
                              DISBURSEMENT AGENT

WJBjr/ld

Enclosure