#01-17028
Lundy Enterprise

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE 'CHASE' LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 17th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**

585

1-2 / 210

TID #380381
WILBUR J. "BILL" BABIN, JR.

| Case | Debtor |
|------|--------|
| 01-17028 EWM | LUNDY ENTERPRISES LLC |
| 312982142366 | DISTRIBUTION ACCOUNT |
| UNCLAIMED FUNDS | due 25 Creditors |

Date    11/06/2007    $ .*******3,491.89

~~~Three Thousand Four Hundred Ninety-One Dollars and 89/100

Pay to the
Order of    CLERK, UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B-601
NEW ORLEANS LA 70130-3386

WILBUR J. "BILL" BABIN, JR., Disbursement Agent

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈⌐⌐⌐⌐⌐585⑈  ⑉021000021⑊⑉312982142366⑈

209·87
22·82

11/7/07
$ 3491.89 Deposited
to Treasury 6097 BK
Due 20 25 Creditors
(list attached)

**UNITED STATES
BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 223023    — RW
* * C O P Y * *
November 07, 2007
15:58:42

TREASURY REGFUND
01-17028
ebtor.: LUNDY ENTERPRISES, L.L.C.
mount.:          $3,491.89 CH
heck#.: 585

Total—>  $3,491.89

FROM: BABIN

# BABIN DISTRIBUTION AGENT SERVICES, LLC
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

November 6, 2007

Clerk, United States Bankruptcy
Eastern District of Louisiana
500 Poydras Street, Room B-601
New Orleans, LA 70130-3386
Attention: Mrs. Betty Smith

### In re: LUNDY ENTERPRISES, LLC
### USBC NO. 01-17028, SECTION A, IN BANKRUPTCY

Dear Ms. Smith:

Enclosed herewith please find check #585 in the amount of $3,491.89 representing funds disbursed
to the following creditors pursuant to Trustee's Fifth Distribution of Funds:

| | |
|---|---|
| Accounting Personnel Consultants<br>210 Baronne Street<br>Suite 920<br>New Orleans, LA 70112<br>Claim #2 | $209.87 |
| A K Enterprises<br>P.O. Box 1528<br>Draper, UT 84020<br>Claim #4 | $22.82 |
| Attn Hal McMenamin Val Pak of New Orleans<br>3800 Kingman Street<br>Suite 100<br>Metairie, LA 70006<br>Claim #5 | $150.03 |
| Brann Forbes<br>The Forbes Group<br>5151 Belt Line Suite 1100<br>Dallas, TX 75240<br>Claim #10 | $460.21 |

Baker Distributing Co.    $13.90
7892 Baymeadows Way
Jacksonville, FL 32256
Claim #19

Fleurs de Lisa    $8.41
Extraordinary Floral Design
1315 Nappoleon Avenue
New Orleans, LA 70115
Claim #27

Attn: Bobby Payne    $755.84
BM Payne Lawn Services
5000 North Tonti Street
New Orleans, LA 70117
Claim #34

Reel Printing, Inc.    $22.43
204 West Harrison Avenue
New Orleans, LA 70124
Claim #47

Associates Capital Bank    $28.91
DBA: Office Depot Credit Plan
P.O. Box 7004
Sioux Falls, SD 57117
Claim #50

Market Facts    $208.85
3040 West Salt Creek Lane
Arlington Heights, IL 60005
Claim #57

121 Creative Group    $125.48
220 West Douglas
Suite 20
Wichita, KS 67202
Claim #60

Quick Service of Louisiana, Inc.    $14.94
2505 Pelitere Dr.
Chalmette, LA 70043
Claim #63

| | |
|---|---|
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #66 | $14.87 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #68 | $9.04 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #69 | $2.02 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #70 | $7.30 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #71 | $9.07 |
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Eillott Ave<br>Suite 200<br>Seattle, WA 98121<br>Claim #104 | $25.61 |
| University of New Orleans<br>2000 Lakeshore Drive<br>New Orleans, LA 70148<br>Claim #120 | $450.08 |
| Jeremy Nash, Latoya Saunders, & Markell Morris<br>c/o Edselle K. Cunningham, Attorney<br>2038 Plank Road<br>Baton Rouge, LA 70802<br>Claim #130 | $97.39 |

| | |
|---|---|
| Sarah Shaikewitz<br>P.O. Box 996<br>Frisco, TX 75034<br>Claim #140 | $10.66 |
| Louisiana High School Athletic Association<br>Mitch Small<br>8075 Jefferson Highway<br>Baton Rouge, LA 70809<br>Claim #144 | $133.96 |
| Promark, Inc.<br>Attn: Michelle Muecler<br>410 Aaron Street<br>Cotati, CA 94931<br>Claim #181 | $632.80 |
| St. John the Baptist<br>Parish Tax Collector<br>P.O. Box 1600<br>LaPlace, LA 70069-1600<br>Claim #235 | $33.56 |
| St. John the Baptist<br>Parish Tax Collector<br>P.O. Box 1600<br>LaPlace, LA 70069-1600<br>Claim #236 | $43.84 |
| **Total:** | **$3,491.89** |

*[handwritten note: 77 40 Due — St John the Baptist Parish 20% coll.]*

*[handwritten note: 77.40 creditors]*

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

WILBUR J. "BILL" BABIN, JR.
DISBURSEMENT AGENT

WJBjr/ld
Enclosure