# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: ) | |
| LUNDY ENTERPRISES, LLC, ) | EX PARTE Case No. 01-17028 |
| ) | (Chapter 11) |
| DEBTOR(S) ) | |
| ) | |

**MOTION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.**

Bank of America, N.A. successor to Prudential Bank and Trust (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $542.23. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

> Bank of America, N.A. successor to Prudential Bank and Trust
> (Fed. ID# xx-xxx7665)
>
> By: *Nancy C. McMillan*
> Nancy C. McMillan
> American Property Locators, Inc.
> 3855 S. Boulevard, Suite 200
> Edmond, OK 73013
> (405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on April 30. 2010, I have mailed a true and correct copy of the foregoing MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
Hale Boggs Federal Building
500 Poydras St. Ste. B210
New Orleans, LA 70130

_Nancy C. McMillan_
Nancy C. McMillan