IN THE MATTER OF

BANKRUPTCY NO.

LUNDY ENTERPRISES, LLC

01-17028

DEBTOR(S)

SECTION "A"
CHAPTER 11

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Court has considered the Motion for Payment of Unclaimed Funds filed by

Frank L. Loria, located at 824 Elmwood Park Blvd., #250, Harahan, LA 70123, requesting

payment of unclaimed funds in the amount of $104.92.

The Motion and the documents attached establish that the claimant is entitled to the

unclaimed funds and that proper notice of the Motion was given to the United States Attorney

for the Eastern District of Louisiana. Accordingly,

IT IS ORDERED that the Motion for Payment of Unclaimed Funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check payable to

Morris Etienne, in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, May 14, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge