UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

LUNDY ENTERPRISES, LLC

DEBTOR(S)

BANKRUPTCY NO.

01-17028

SECTION "A"
CHAPTER 11

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Court has considered the Motion for Payment of Unclaimed Funds filed by Frank L. Loria, located at 824 Elmwood Park Blvd., #250, Harahan, LA 70123, requesting payment of unclaimed funds in the amount of $316.28.

The Motion and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the Motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

IT IS ORDERED that the Motion for Payment of Unclaimed Funds is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court issue a check payable to Morris Etienne, in the amount stated above and mail the check to the above address.

New Orleans, Louisiana, May 16, 2011.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge