LUNDY ENTERPRISES, LLC                                                01-17028

**THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND**

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10863
60-249 / 433

TID #380381
WILBUR J. "BILL" BABIN, JR.

| Case | Debtor |
|---|---|
| 01-17028 EWM | LUNDY ENTERPRISES LLC |
| 92000982142366 | DISTRIBUTION ACCOUNT |
| UNCLAIMED FUNDS | |

Date   08/05/2011       $ *******2,799.37

~~~Two Thousand Seven Hundred Ninety-Nine Dollars and 37/100

Pay to the Order of:
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM B-601
NEW ORLEANS, LA 70130-3386

WILBUR J. "BILL" BABIN, JR., Disbursement Agent

⑈02493⑈ ⑆920009821423466⑈

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 228983   - KW
* * C O P Y * *
August 16, 2011
    15:57:01

TREASURY REGFUND
   01-17028

Debtor.: LUNDY ENTERPRISES, L.L.C.
Amount.:        $2,799.37 CH
Check#.: 10863

8/16/11
DEPOSIT TO 6047BK
TREASURY ACCT.

DUE:
SEE ATTACHED LISTING.

CV.

Total-> $2,799.37

FROM: BABIN

WILBUR J. "BILL" BABIN, JR.
Trustee in Bankruptcy
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

August 15, 2011

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: LUNDY ENTERPRISES, LLC
USBC NO. 01-17028, Sec. A

Dear Ms. Smith:

Enclosed herewith please find check #10863 in the amount of $2,799.37 representing funds disbursed to the following creditors pursuant to Trustee's eighth and final distribution of funds:

| | |
|---|---:|
| Accounting Personnel Consultants<br>210 Baronne Street<br>Suite 920<br>New Orleans, LA 70112<br>Claim #2 | $62.59 |
| A K Enterprises<br>P.O. Box 1528<br>Draper, UT 84020<br>Claim #4 | $6.81 |
| Attn Hal McMenamin Val Pak of New Orleans<br>3800 Kingman Street<br>Suite 100<br>Metairie, LA 70006<br>Claim #5 | $44.75 |
| Brann Forbes<br>The Forbes Group<br>5151 Belt Line Suite 1100 | $137.25 |

*Ms. Cheryl Vogel*
*August 15, 2011*
*Page 2 of 5*

    Dallas, TX 75240
    Claim #10

| | |
|---|---|
| Baker Distributing Co.<br>7892 Baymeadows Way<br>Jacksonville, FL 32256<br>Claim #19 | $4.15 |
| Fleurs de Lisa<br>Extraordinary Floral Design<br>1315 Nappoleon Avenue<br>New Orleans, LA 70115<br>Claim #27 | $2.51 |
| Valassis Impact Printing<br>P.O. Box 71645<br>Chicago, IL 60694-1645<br>Claim #28 | $71.84 |
| The Sunshine Pages<br>913 South Burnside Avenue<br>Gonzales, LA 70737<br>Claim #38 | $28.03 |
| Reel Printing, Inc.<br>204 West Harrison Avenue<br>New Orleans, LA 70124<br>Claim #47 | $6.69 |
| Associates Capital Bank<br>DBA: Office Depot Credit Plan<br>P.O. Box 7004<br>Sioux Falls, SD 57117<br>Claim #50 | $8.62 |
| Market Facts<br>3040 West Salt Creek Lane<br>Arlington Heights, IL 60005<br>Claim #57 | $62.29 |
| NCR Corporation<br>f/k/a AT&T/GIS<br>P.O. Box 365 | $945.01 |

*Ms. Cheryl Vogel*
*August 15, 2011*
*Page 3 of 5*

    Dayton, OH 45409
    Claim #58

| | |
|---|---|
| 121Creative Group<br>220 West Douglas<br>Suite 20<br>Wichita, KS 67202<br>Claim #60 | $37.42 |
| Security Link From Ameritech Capital City Glass<br>1819 O'Brien Road<br>Columbus, OH 43228<br>Claim #62 | $6.82 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #66 | $4.44 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #68 | $2.70 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #69 | $0.60 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #70 | $2.18 |
| Capital City Glass<br>11075 Airline Hwy Rear<br>Baton Rouge, LA 70816<br>Claim #71 | $2.71 |
| Amtech Lighting Services<br>8101 Pinemont<br>Houston, TX 77440<br>Claim #101 | $6.04 |

*Ms. Cheryl Vogel*
*August 15, 2011*
*Page 4 of 5*

| | |
|---|---|
| Airborne Freight Corporation<br>d/b/a Airborne Express<br>3131 Eillott Ave<br>Suite 200<br>Seattle, WA 98121<br>Claim #104 | $7.63 |
| River Parish Disposal Inc.<br>P O Box 10482<br>New Orleans, LA 70181<br>Claim #113 | $4.09 |
| Cash Control Systems<br>700 Phosphor Ave Suite D<br>Metairie, LA 70005<br>Claim #123 | $0.48 |
| Jeremy Nash, Latoya Saunders, & Markell Morris<br>c/o Edselle K. Cunningham, Attorney<br>2038 Plank Road<br>Baton Rouge, LA 70802<br>Claim #130 | $29.05 |
| Sarah Shaikewitz<br>P.O. Box 996<br>Frisco, TX 75034<br>Claim #140 | $3.18 |
| Louisiana High School Athletic Association<br>Mitch Small<br>P.O. Box 90011<br>Baton Rouge, LA 70879<br>Claim #144 | $39.95 |
| Network International<br>Attn: General Manager<br>701 Market Street, Suite 4400<br>Philadelphia, PA 19106<br>Claim #172 | $90.55 |
| Gulf State Airgas, Inc.<br>P.O. Box 19069<br>Mobile, Al 36619-0969<br>Claim #178 | $2.14 |

*Ms. Cheryl Vogel*
*August 15, 2011*
*Page 5 of 5*

| | |
|---|---|
| Promark, Inc.<br>Attn: Michelle Muecler<br>410 Aaron Street<br>Cotati, CA 94931<br>Claim #181 | $188.72 |
| First Leasing Corporation c/o Rudy J. Cerone, Esq.<br>McGlinchey Stafford, PLL<br>601 Poydras Street, 12th Floor<br>New Orleans, LA 70130<br>Claim #223 | $990.13 |
| **Total:** | **$2,799.37** |

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

        Very truly yours,

        WILBUR J. "BILL" BABIN, JR.
        DISBURSEMENT AGENT

WJBjr/ld
Enclosure